IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| | : | |
| JAMES A. LEWIS, SR., et al. | : | NO. 15-5425 |
| | : | |

## ORDER

AND NOW, this 26th day of February 2016, upon review of the debtors' appeal from the September 14, 2015 Orders of the United States Bankruptcy Court along with the parties' briefing (ECF Doc. No. 7, 11, & 13) and for the reasons in the accompanying memorandum, it is **ORDERED** the United States Bankruptcy Court's September 14, 2015 Orders are **AFFIRMED** permitting the creditor to exercise state court remedies as to its first and second mortgages on the subject property.

The Clerk of Court shall close this matter.

_____
KEARNEY, J.